IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RAISSA BUXO DIAZ

DEBTOR

CASE NO 13-05258/MCF

CHAPTER 13

NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

NOW COMES, RAISSA BUXO DIAZ, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor is hereby submitting a proposed amended Plan, dated August 8, 2013, herewith and attached to this motion.

2. This proposed amended Plan is filed to cure the objection raised by the Trustee in his report dated August 1, 2013.

WHEREFORE debtor respectfully requests the confirmation of the requested amended Plan, dated August 8, 2013.

I CERTIFY that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participant and debtor; and to all creditors and parties in interest in the present case.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 8th day of August, 2013.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                              Case No. 3:13-bk-5258

BUXO DIAZ, RAISSA                    Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 8/08/2013
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 150.00 x 60 = $ 9,000.00
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ 9,000.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other: _____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ 9,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,861.00

Signed: _____
         Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other: _____
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                  ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
*Debtor surrenders savings to provide for AEELA secured claim 3-1.
*Debtor surrenders retirement savings to provide for CoopA/C Yabucoa secured claim 4-1.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor R. Figueroa Carrasquillo Law Office      Phone: (787) 744-7699

CHAPTER 13 PAYMENT PLAN

BUXO DIAZ, RAISSA
VERDE MAR
731 28 STREET
PUNTA SANTIAGO, PR 00741

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

ASOCIACION EMPLEADOS ELA
PO BOX 364508
SAN JUAN, PR 00936-4508

AT&T
5407 ANDREWS HWY
MIDLAND, TX 79706-2851

ATT
PO BOX 192830
SAN JUAN, PR 00919

CACH LLC
CITIFINANCIAL INC
4340 S MONACO ST UNIT 2
DENVER, CO 80237

CICA COLLECTION AGENCY, INC.
CLARO
PO BOX 12338
SAN JUAN, PR 00914-0338

CITIFINANCIAL
PO BOX 499
HANOVER, MD 21076

CLARO
METRO OFFICE PARK FLOOR 2
GUAYNABO, PR 00966

CLARO
PO BOX 70366
SAN JUAN, PR 00936-8366

COOP A/C YABUCOA
BOX #1
YABUCOA, PR 00767

ENHANCED RECOVERY CO L
8014 BAYBERRY RD
JACKSONVILLE, FL 32256

KOMODIDAD DISTRIBUTORS
PO BOX 6359
CAGUAS, PR 00626

LEONARD & ASSOCIATES PSC
PO BOX 366220
SAN JUAN, PR 00936-6220

NATIONWIDE RECOVERY SYSTEMS
2304 TARPLEY RD STE 134
CARROLLTON, TX 75006-2470

OPERATING PARTNERS
CHRYSLER FINANCIAL
PO BOX 194499
SAN JUAN, PR 00919-4499

PR ACQUISITIONS
PO BOX 71418
SAN JUAN, PR 00936-8518

VIRTUOSO SOURCING GROUP
4500 CHERRY CREEK SOUTH
DENVER, CO 80246