IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: | CASE NO. 13-05258-MCF

RAISSA BUXO DIAZ

CHAPTER 7

DEBTOR

### DEBTOR'S MOTION AND NOTICE OF FILING OF
### AMENDED SCHEDULES "I" & "J" AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**NOW COMES, RAISSA BUXO DIAZ**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting **Amended *Schedules "I" & "J"***, dated September 6, 2014, herewith and attached to this motion.

2. These amendments to Schedules "I" & "J" are filed to *state debtor's actual incomes and expenses.*

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2-
Notice of Amended Schedules "I" & "J"
Case no. 13-05258-MCF7

### CERTIFICATE OF SERVICE

**I CERTIFY**, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 6th day of September, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**Fill in this information to identify your case:**

Debtor 1: RAISSA BUXO DIAZ
First Name   Middle Name   Last Name

Debtor 2:
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of Puerto Rico

Case number: 3:13-bk-5258
(If known)

Check if this is:
☑ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
___ / ___ / _____
MM / DD / YYYY

Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Supervisor | |
| Employer's name | Oficina Servicio Antelacion Juicio | |
| Employer's address | Box 195469<br>Number   Street<br><br>San Juan, PR 00919-5469<br>City   State   ZIP Code | Number   Street<br><br>City   State   ZIP Code |
| How long employed there? | 17 years | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 2,650.00 | $ |
| 3. Estimate and list monthly overtime pay. | + $ 0.00 | + $ |
| 4. Calculate gross income. Add line 2 + line 3. | $ 2,650.00 | $ |

Official Form 6I   Schedule I: Your Income   page 1

Debtor 1 __RAISSA  BUXO DIAZ__  Case number (if known) 3:13-bk-5258
        First Name  Middle Name  Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ................. → 4. | $ 2,650.00 | $ |

5. List all payroll deductions:

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions  5a. | $ 91.72 | $ |
| 5b. Mandatory contributions for retirement plans  5b. | $ 0.00 | $ |
| 5c. Voluntary contributions for retirement plans  5c. | $ 0.00 | $ |
| 5d. Required repayments of retirement fund loans  5d. | $ 0.00 | $ |
| 5e. Insurance  5e. | $ 671.92 | $ |
| 5f. Domestic support obligations  5f. | $ 0.00 | $ |
| 5g. Union dues  5g. | $ 0.00 | $ |
| 5h. Other deductions. Specify: __See Schedule Attached__  5h. | +$ 951.56 | + $ |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6.   $ 1,043.28   $

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.   $ 1,606.72   $

8. List all other income regularly received:

   8a. Net income from rental property and from operating a business, profession, or farm
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $

   8b. Interest and dividends   8b.   $ 0.00   $

   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $

   8d. Unemployment compensation   8d.   $ 0.00   $
   8e. Social Security   8e.   $ 0.00   $

   8f. Other government assistance that you regularly receive
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: _____   8f.   $ 0.00   $

   8g. Pension or retirement income   8g.   $ 0.00   $
   8h. Other monthly income. Specify: __See Schedule Attached__   8h.   +$ 187.34   + $

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 187.34   $

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 1,794.06  +  $ _____  =  $ 1,794.06

11. State all other regular contributions to the expenses that you list in *Schedule J*.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____   11.  + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies   12.   $ 1,794.06
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☐ No.
    ☑ Yes. Explain: None

Official Form 6I   Schedule I: Your Income   page 2

IN RE BUXO DIAZ, RAISSA  
Debtor(s)

Case No. 3:13-bk-5258

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| | DEBTOR | SPOUSE |
|---|---:|---|
| **Other Payroll Deductions:** | | |
| **Fed OASDI/Disability EE** | 164.30 | |
| **GPR Retiro Hibrido** | 265.00 | |
| **SI-Seg Incap Obligatorio** | 6.62 | |
| **Sm-First Medical** | 355.00 | |
| **Dm-Fondos Unidos** | 2.00 | |
| **Sc-Coop De Seguros De Vida** | 54.50 | |
| **AE-Seguro Por Muerte Asoc ELA** | 10.00 | |
| **Ahorros-AEELA** | 79.50 | |
| **Fed OASDI/Disability EE (Diferencial Temporero)** | 6.20 | |
| **Fed FICA Med Hospital Ins / EE (Diferencial Temporero)** | 1.44 | |
| **PR Withholding (Diferencial Temporero)** | 7.00 | |
| | | |
| Other monthly income: | | |
| **Christmas Bonus $1,048./12** | 87.34 | |
| **Diferencial Temporero** | 100.00 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1: RAISSA BUXO DIAZ
(First Name)  (Middle Name)  (Last Name)

Debtor 2:
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: District of Puerto Rico

Case number: 3:13-bk-5258
(If known)

Check if this is:

☑ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY
☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.........

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 13 | ☐ No  ☑ Yes |
   | Son | 11 | ☐ No  ☑ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.            4.  $ 0.00

   If not included in line 4:

   4a. Real estate taxes                                                 4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance                      4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses                     4c. $ 20.00
   4d. Homeowner's association or condominium dues                       4d. $ 0.00

Official Form 6J                            Schedule J: Your Expenses                                page 1

Debtor 1 __RAISSA__  __BUXO__ __DIAZ_____
      First Name    Middle Name    Last Name

Case number *(if known)* __3:13-bk-5258__

| | | Your expenses |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | $ 0.00 |
| 6. Utilities: | | |
|   6a. Electricity, heat, natural gas | 6a. | $ 151.68 |
|   6b. Water, sewer, garbage collection | 6b. | $ 30.69 |
|   6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 125.00 |
|   6d. Other. Specify: **See Schedule Attached** | 6d. | $ 43.34 |
| 7. Food and housekeeping supplies | 7. | $ 500.00 |
| 8. Childcare and children's education costs | 8. | $ 0.00 |
| 9. Clothing, laundry, and dry cleaning | 9. | $ 60.00 |
| 10. Personal care products and services | 10. | $ 25.00 |
| 11. Medical and dental expenses | 11. | $ 30.00 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 140.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ 50.00 |
| 14. Charitable contributions and religious donations | 14. | $ 0.00 |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
|   15a. Life insurance | 15a. | $ 0.00 |
|   15b. Health insurance | 15b. | $ 0.00 |
|   15c. Vehicle insurance | 15c. | $ 0.00 |
|   15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. Installment or lease payments: | | |
|   17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
|   17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
|   17c. Other. Specify:_____ | 17c. | $ 0.00 |
|   17d. Other. Specify:_____ | 17d. | $ 0.00 |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I). | 18. | $ 0.00 |
| 19. Other payments you make to support others who do not live with you. Specify:_____ | 19. | $ 0.00 |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*. | | |
|   20a. Mortgages on other property | 20a. | $ 0.00 |
|   20b. Real estate taxes | 20b. | $ 0.00 |
|   20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
|   20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
|   20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Official Form 6J        Schedule J: Your Expenses        page 2

Debtor 1    **RAISSA BUXO DIAZ**                      Case number (if known) **3:13-bk-5258**
           First Name    Middle Name    Last Name

21. Other. Specify: **See Schedule Attached**        21. +$    618.35

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.        22. $    1,794.06

23. **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a. $    1,794.06

   23b. Copy your monthly expenses from line 22 above.    23b. –$    1,794.06

   23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.    23c. $    0.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.    None

Official Form 6J        Schedule J: Your Expenses        page 3

IN RE BUXO DIAZ, RAISSA                                                                       Case No. 3:13-bk-5258
                           Debtor(s)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Utilities
**Internet** 35.00
**Gas $100./12** 8.34

Other Expenses
**Lunch At Work** 40.00
**Barber/Beauty** 60.00
**Children School Tuition (Monthly) $340.X10months=$3,400./12** 283.34
**Children School Enrolment $820./12** 68.34
**Back To School $2,000/12** 166.67

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE BUXO DIAZ, RAISSA _____   Case No. 3:13-bk-5258 _____
           Debtor(s)                                             (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __-7-__ schedules "I" and "J" sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: __9·6·2014__   Signature: _____
                               RAISSA BUXO DIAZ                                    Debtor

Date: _____   Signature: _____
                                                                     (Joint Debtor, if any)
                               [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____

Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

                                                   _____
                                                   (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Label Matrix for local noticing
0104-3
Case 13-05258-MCF7
District of Puerto Rico
Old San Juan
Wed Sep 3 15:09:08 AST 2014

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AT&T Mobility Puerto Rico, Inc
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

CICA COLLECTION AGENCY, INC.
CLARO
PO BOX 12338
SAN JUAN, PR 00914-0338

CLARO
PO BOX 70366
SAN JUAN, PR 00936-8366

ENHANCED RECOVERY CO L
8014 BAYBERRY RD
JACKSONVILLE, FL 32256-7412

Midland Funding LLC
by American InfoSource LP as agent
ATTN: Department 1
PO Box 4457
Houston, TX 77210-4457

PR ACQUISITIONS LLC
PO BOX 194499
SAN JUAN PR 00919-4499

VIRTUOSO SOURCING GROUP
4500 CHERRY CREEK SOUTH
DENVER, CO 80246-1531

RAISSA BUXO DIAZ
VERDE MAR
731 28 STREET
PUNTA SANTIAGO, PR 00741-2127

Midland Funding LLC by American InfoSource L
ATTN: Department 1
PO Box 4457
Houston, TX 77210-4457

ASOCIACION EMPLEADOS ELA
PO BOX 364508
SAN JUAN, PR 00936-4508

ATT
PO BOX 192830
SAN JUAN, PR 00919-2830

CITIFINANCIAL
PO BOX 499
HANOVER, MD 21076-0499

COOP A/C YABUCOA
BOX #1
YABUCOA, PR 00767-0001

KOMODIDAD DISTRIBUTORS
PO BOX 6359
CAGUAS, PR 00726-6359

NATIONWIDE RECOVERY SYSTEMS
2304 TARPLEY RD STE 134
CARROLLTON, TX 75006-2470

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

UNITED STATES TRUSTEE
500 TANCA ST STE 301
SAN JUAN, PR 00901-1922

AT&T
5407 ANDREWS HWY
MIDLAND, TX 79706-2851

CACH LLC
CITIFINANCIAL INC
4340 S MONACO ST UNIT 2
DENVER, CO 80237-3408

CLARO
METRO OFFICE PARK FLOOR 2
GUAYNABO, PR 00966

Department of Treasury-
Bankruptcy Section (Suite 1504)
235 Ave. Arterial Hostos
San Juan Puerto Rico 00918-1451

LEONARD & ASSOCIATES PSC
PO BOX 366220
SAN JUAN, PR 00936-6220

OPERATING PARTNERS
CHRYSLER FINANCIAL
PO BOX 194499
SAN JUAN, PR 00919-4499

TEAM COLLECTION SERVICES INC
PMB 420 BOX 6022
CAROLINA PR 00988-6022

NOEMI LANDRAU RIVERA
CHAPTER 7 TRUSTEE
PO BOX 270219
SAN JUAN, PR 00928-3019

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>PO Box 12914<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients　28<br>Bypassed recipients　 0<br>Total　28 |